UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| **ELI LILLY AND COMPANY,** ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> **SANDOZ, INC.,** ) <br> ) <br> Defendant. ) <br> ) | **Case No.: 1:09-cv-1282-WTL-TAB** |

### STIPULATED ORDER VOLUNTARILY
### DISMISSING ALL CLAIMS WITHOUT PREJUDICE

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff Eli Lilly and Company ("Lilly") and Defendant Sandoz, Inc. ("Sandoz"), through their respective counsel, agree to dismiss the above-captioned action without prejudice.  The parties further agree as follows:

1.  Sandoz filed with the U.S. Food and Drug Administration ("FDA") Abbreviated New Drug Application ("ANDA") 90-993 to obtain generic approval for the commercial manufacture, use or sale of 200 mg and 1 g base/vial gemcitabine for injection prior to the expiration of the '826 patent.  As part of its ANDA, Sandoz also filed a certification pursuant to 21 U.S.C. § 355(j)(2)(A)(vii)(IV) ("Paragraph IV Certification") that the '826 patent is invalid, unenforceable, and/or would not be infringed.

2.  Sandoz has withdrawn its ANDA 90-993 with FDA, and its ANDA 90-993 cannot be revived or otherwise reactivated.

3. In light of Sandoz withdrawing its ANDA 90-993 and its inability to revive and/or reactivate ANDA 90-993, the parties have agreed to voluntarily dismiss all claims without prejudice, each party to bear its own costs and attorneys' fees.

4. Counsel for all parties have conferred and have agreed on behalf of their clients to request that the Court enter this stipulated order dismissing the case, in its entirety.

| | |
|---|---|
| Dated:  January 28, 2010 | Dated:  January 26, 2010 |
| By:     */s/ Jan M. Carroll* <br> Jan M. Carroll (No. 4187-49) <br> BARNES & THORNBURG LLP <br> 11 South Meridian Street <br> Indianapolis, IN  46204-3535 <br> (317) 236-1313 | By: */s/ Sanders N. Hillis  (with permission)* <br> Sanders N. Hillis (No. 21672-32) <br> BRINKS HOFER GILSON & LIONE <br> Capital Center, Suite 1100 <br> 201 North Illinois Street <br> Indianapolis, IN  46204-4220 <br> (317) 636-0886 |
| Charles E. Lipsey <br> FINNEGAN, HENDERSON, FARABOW, <br>   GARRETT & DUNNER, LLP <br> Two Freedom Square <br> 11955 Freedom Drive <br> Reston, VA  20190-5675 <br> (571) 203-2700 | Meredith Martin Addy <br> Mark H. Remus <br> BRINKS HOFER GILSON & LIONE <br> NBC Tower, Suite 3600 <br> 455 North Cityfront Plaza Drive <br> Chicago, Illinois  60611-5599 <br> (312) 321-4200 |
| Robert D. Bajefsky <br> Robert F. Shaffer <br> FINNEGAN, HENDERSON, FARABOW, <br>   GARRETT & DUNNER, LLP <br> 901 New York Avenue, NW <br> Washington, DC  20001-4413 <br> (202) 408-4000 | *Attorneys for Defendant,* <br> *SANDOZ, INC.* |
| Robert F. McCauley <br> FINNEGAN, HENDERSON, FARABOW, <br>   GARRETT & DUNNER, LLP <br> 3300 Hillview Avenue <br> Palo Alto, CA  94304-1203 <br> (650) 849-6600 | |
| *Attorneys for Plaintiff,* <br> *ELI LILLY AND COMPANY* | |

SO ORDERED:

Dated: 02/01/2010 _____

*William T. Lawrence*

Hon. William T. Lawrence, Judge
United States District Court
Southern District of Indiana

Distribution:

Jan M. Carroll
BARNES & THORNBURG LLP
jan.caroll@btlaw.com

Charles E. Lipsey
Robert D. Bajefsky
Robert F. Shaffer
Robert F. McCauley
FINNEGAN, HENDERSON, FARABOW,
  GARRETT & DUNNER, LLP
charles.lipsey@finnegan.com
robert.bajefsky@finnegan.com
robert.shaffer@finnegan.com
robert.mccauley@finnegan.com

Sanders N. Hillis
Meredith Martin Addy
Mark H. Remus
BRINKS HOFER GILSON & LIONE
shillis@usebinks.com
maddy@usebrinks.com
mremus@usebrinks.com

INDS02 JMC 1092405v1